**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

NATIONS TITLE AGENCY, INC., and
NATIONS TITLE AGENCY OF
WISCONSIN, INC.,

Plaintiffs,

v.

ATLAS TITLE & CLOSING, LLC,
BLAINE SIGAFOOSE, and
CHARLOTTE REIMER,

Defendants.

Case No. 3:26-cv-00534-wmc

BLAINE SIGAFOOSE,

Counter-Plaintiff,

v.

NATIONS TITLE AGENCY, INC., and
NATIONS TITLE AGENCY OF
WISCONSIN, INC.,

Counter-Defendants.

**STIPULATION AND ORDER WITHDRAWING PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION ECF NO 21**

Whereas Plaintiffs filed a Motion for Preliminary Injunction, ECF No 21, against Defendants. Defendants filed responses in opposition to the motion, ECF 32 and 33. Thereafter, upon the parties stipulation and agreement, Plaintiffs' have agreed to withdraw the Motion for Preliminary Injunction ECF NO 21. Therefore,

**IT IS ORDERED** that:

1. The Plaintiffs' Motion for Preliminary Injunction, ECF No 21, is withdrawn.

2. The hearing set for November 20, 2026, at 11:00 a.m. is VACATED.

Entered this 17th day of November, 2026.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

Dated: November 17, 2026

By the parties:

**SCHENK & BRUETSCH, PLC**

*/s/ Steven A. Jacobs*
By: Steven A. Jacobs
211 W. Fort Street, Suite 1410
Detroit, MI 48226
(313) 774-1000
steven.jacobs@sbdetroit.com
peter.doyle@sbdetroit.com
*Attorneys for Plaintiffs and Counter-Defendants Nations Title Agency, Inc. and Nations Title Agency of Wisconsin, Inc.*

**FOX & FOX, S.C.**
*/s/ Randall B. Gold*
Randall B. Gold
124 West Broadway
Monona, WI 53716
Tel.: (608) 258-9588
rgold@foxquick.com
*Attorney for Defendant/Counter-Plaintiff Blaine Sigafoose*

**Kasieta Legal Group, LLC**
*/s/ Robert J. Kasieta*
Robert J. Kasieta
559 D'Onofrio Drive
Suite 222
Madison, WI 53719-2842
608-662-9999
rjkasieta@kasieta.com
*Attorneys for Defendants Atlas Title & Closing, LLC and Charlotte Reimer*